IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM SOTO,

        Plaintiff,                  No. CIV S-06-1334 FCD CMK P

        vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.

        Defendants.            ORDER

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

///

///

///

On June 23, 2006, Plaintiff filed a motion for discovery and an inquiry regarding service of documents.  Plaintiff is advised that after his complaint is screened by the court, the court will make orders regarding discovery, if appropriate.  Plaintiff is advised that, at this time, he is not obligated to serve anything on the named defendants.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for the appointment of counsel is denied and;

2. Plaintiff's motion for discovery is denied.

DATED:   June 27, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE