1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   WILLIAM SOTO,

12                    Plaintiff,

13        vs.                                  No. CIV S-06-1334 FCD CMK P

14   CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

15                    Defendants.              <u>ORDER TO SHOW CAUSE</u>

16   _____/

17            Plaintiff is a prisoner proceeding pro se and in forma pauperis with a civil rights

18   action under 42 U.S.C. §1983.  This proceeding was referred to this court by Local Rule 72-302

19   by the authority of 28 U.S.C. § 636(b)(1).

20            On June 29, 2006, the court ordered plaintiff to submit a completed affidavit in

21   support of his request to proceed in forma pauperis.  To date, plaintiff has failed to submit a

22   completed affidavit.

23   ///

24   ///

25   ///

26   ///

1          Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing,

2   within 20 days of the date of service of this order, why this action should not be dismissed for

3   failure to comply with rules and court orders.

4          DATED:   August 29, 2006.

5

6                                              _____
                                               **CRAIG M. KELLISON**
7                                              UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26