IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM SOTO,

      Plaintiff,

  vs.                              No. CIV S-06-1334 FCD CMK P

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

      Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. §1983. This proceeding was referred to this court by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1).

        On June 29, 2006, the court ordered plaintiff to submit a completed affidavit in support of his request to proceed in forma pauperis. Plaintiff failed to submit a completed affidavit. On August 30, 2006, the court ordered plaintiff to show cause for his failure to submit such. Plaintiff did not respond to this order. By findings and recommendations issued on September 26, 2006, the court recommended that this action be dismissed, without prejudice, for plaintiff's failure to submit the completed affidavit as ordered.

///

On October 17, 2006 plaintiff submitted an application to proceed in forma pauperis. Like plaintiff's first application, this application to proceed in forma pauperis lacks the certificate portion which must be completed by plaintiff's institution of incarceration. See 28 U.S.C. § 1915(a)(2). Plaintiff has not included any explanation of why the application fails to include the necessary certificate portion. In an abundance of caution, the court will vacate the September 26, 2006 findings and recommendations and allow plaintiff one final chance to submit a completed in forma pauperis application. Failure to submit a completed in forma pauperis application in the allowed time will result in a recommendation that this action be dismissed, without prejudice.

IT IS ORDERED that:

1. The September 26, 2006 findings and recommendations are vacated.

2. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of the Court.

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed in Forma Pauperis By a Prisoner. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice. See Local Rule 11-110.

DATED: October 19, 2006.

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE